# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| **Mourant Ozannes (Jersey) LLP** ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:21-cv-02360-RM |
| **Darrin Stock and Tanya Dick Stock** ) | |
| *Defendant* ) | |

## AFFIDAVIT OF SERVICE

I, Johnathan Ty Blankenship, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on Tanya Dick Stock in Grayson County, TX on November 24, 2021 at 5:48 pm at 139 Dove lane, Gordonville , TX 76245 by residential substituted service by leaving the documents at the usual place of abode of Tanya Dick Stock with John Doe (refused name) who is the Co-Resident of Tanya Dick Stock and whose age is 18 years or older.

Summons to Tanya Stock
Civil Cover Sheet
Amended Petition Seeking Registration, Recognition and Enforcement of Foreign Court Judgments
Exhibit 1
Exhibit 2
Exhibit 3
Exhibit 4
Exhibit 5
Exhibit 6

Additional Description:
I delivered the documents to Tanya Dick Stock's co-resident who refused to give me his name.

White Male, est. age 40, glasses: N, No Hair hair, 200 lbs to 220 lbs, 6' to 6' 3".

I DECLARE, UNDER OATH AND UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE STATE OF COLORADO, THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in  Grayson County  ,  Texas  on  11/30/2021  .

Signature
Johnathan Ty Blankenship
(903) 271-5804