IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-2360-REB-STV

MOURANT OZANNES (JERSEY) LLP,

    Plaintiff,

v.

DARRIN STOCK, and
TANYA DICK STOCK,

    Defendants.

## DEFAULT JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 55(b) and the Order Entering Judgment Against All Defendants [ECF 19] entered by United States District Judge Raymond P. Moore on February 22, 2022, the following Default Judgment is hereby entered. It is

ORDERED that default judgment is entered in favor of plaintiff, Mourant Ozannes (Jersey), LLP, and against defendant, Darrin Stock, in the amount of $151,745.12 USD and against defendant Tanya Dick Stock in the amount of $560,518.34 USD. It is

FURTHER ORDERED that plaintiff is granted leave to supplement the judgment to add attorneys' fees, legal interest, and costs associated with the default and collection of the judgment at such later date and time as such fees and costs are incurred. This case will be closed.

DATED February 23, 2022, at Denver, Colorado.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By:    s/L.Roberson
        Deputy Clerk